# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

DALILA LEMOS,

    Plaintiff,

v.                                          Case No: 5:14-cv-380-Oc-30PRL

JEH JOHNSON, LORI SCIALABBA,
RUTH DOROCHOFF and WARREN
JANSSEN,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-380 dismiss 15.docx